■ In the Matter of JOSEPH GOLIA, Petitioner, v ROBERTO VELEZ, as Chairman of the Environmental Control Board of the City of New York, et al., Respondents. [948 NYS2d 63]

Respondent's determination was supported by substantial evidence (*300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176, 180-181 [1978]), including the inspector's testimony that the residence's garage space had been converted into a separate dwelling unit, which was not permitted by the certificate of occupancy. Petitioner was provided with sufficient notice of the violation (*see Matter of McDonald v Fischer,* 93 AD3d 969, 969 [2012]).

We have considered petitioner's remaining contentions and find them unavailing. Concur—Tom, J.P., Moskowitz, Renwick and Abdus-Salaam, JJ.